UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

Daniel Garza,

PLAINTIFF(S)

v.

City of Los Angeles et al,

DEFENDANT(S).

CASE NUMBER

2:16-cv-03579-SVW-AFM

**JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)**

This action came on for jury trial, the Honorable STEPHEN V. WILSON District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Daniel Garza

recover of the defendant(s):

Mario Cardona

the sum of $210,000.00 , with interest thereon at the legal rate as provided by the law, and its costs of action, taxed in the sum of (to be determined) .

Clerk, U. S. District Court

Dated: June 27, 2017

By *Paul M. Cruz*
Deputy Clerk

At: Los Angeles, CA

cc: *Counsel of record*

CV-49 (05/98)  **JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)**