UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:16-cv-03579-SVW-AFM | Date | July 10, 2019 |
| Title | Daniel Garza v. City of Los Angeles et al | | |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Maria Bustillos | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Vincent James DeSimone<br>Kaveh Navab<br>Ryann E. Hall | Hasmik Jasmine Badalian Collins |

**Proceedings:**    FURTHER PRETRIAL CONFERENCE

    Conference held.  The Court advises the parties of its rulings on certain motions.  Order to issue.  The jury trial is continued to July 16, 2019 at 9:00 a.m.

    The Court orders that former Chief Beck be present on the first day of trial.

|  | 1 | : | 30 |
|---|---|---|---|
| | Initials of Preparer | | PMC |