UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

Daniel Garza,

PLAINTIFF(S)

v.

City of Los Angeles et al,

DEFENDANT(S).

CASE NUMBER

2:16-cv-03579-SVW-AFM

**JUDGMENT ON THE VERDICT FOR DEFENDANT(S)**

This action having been tried before the Court sitting with a jury, the Honorable STEPHEN V. WILSON, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Daniel Garza

take nothing; that the action be dismissed on the merits; and that the defendant(s):

City of Los Angeles

recover of the plaintiff(s) its costs of action, taxed in the sum of  To be Determined.

Clerk, U. S. District Court

Dated: July 16, 2019

By  *PMCruz*
Deputy Clerk

At: Los Angeles, California

cc: Counsel of record

CV-44 (11/96)      JUDGMENT ON THE VERDICT FOR DEFENDANT(S)