WHEN RECORDED MAIL TO:

V. James DeSimone (SBN: 119668)
V. JAMES DESIMONE LAW
13160 Mindanao Way, Suite 280
Marina Del Rey, California 90292
Telephone: 310.693.5561
Fax: 323.554.6880

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Daniel Garza | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), v. | CV 2:16-cv-03579-SVW-AFMx |
| City of Los Angeles, et al. | ABSTRACT OF JUDGMENT/ORDER |
| DEFENDANT(S). | |

I certify that in the above-entitled action and Court, Judgment/Order was entered on June 27, 2017
in favor of Daniel Garza
whose address is 1430 Fairplain Ave, Whittier, CA 90601
and against Mario Cardona
whose last known address is 10810 Bogardus Ave, Whitter, CA 90603
for $ 210,000.00 Principal, $ 0 Interest, $ 10,135.99 Costs,
and $ 663,550.09 Attorney Fees.

ATTESTED this 6th day of November , 20 20.
Judgment debtor's driver's license no. and state; A6099013 (last 4 digits) ☐ Unknown.
Judgment debtor's Social Security number; _____ (last 4 digits) ☑ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

Law Offices of Lawrence J. Hanna
6311 Columbus Ave
Van Nuys, CA 91411

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk

1174

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN
AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

G-18 (03/12)  ABSTRACT OF JUDGMENT/ORDER